IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| USABLE LIFE INSURANCE COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> v. ) <br> ) <br> ELIZABETH WHITEHEAD and ) <br> JESSICA HART, ) <br> ) <br> Defendants. ) | No. 3:09-CV-303 |

## **O R D E R**

Now before the court in this interpleader action is the "Motion of Plaintiff, USAble Life Insurance Company, for Default Judgment and for Summary Judgment" [doc. 19]. Plaintiff seeks entry of default judgment against defendant Elizabeth Whitehead and entry of summary judgment against defendant Jessica Hart. The motion was filed on September 22, 2009, and is ripe for the court's consideration.

Defendant Whitehead, against whom default has already been entered [doc. 13], has not responded to the motion within the time allowed by the court's local rules. Defendant Hart has responded [doc. 22] and has no objection to the entry of summary judgment against her in plaintiff's favor. The court has reviewed plaintiff's motion and finds it to be well-taken. The motion is accordingly **GRANTED**, and it is **ORDERED** that

1. Defendants shall settle between themselves their respective rights to the life insurance benefit at issue in this litigation.

2. Defendants shall not institute or prosecute any other proceeding in any court affecting the property, instrument, or allegations involved in this interpleader action absent further order of this court.

3. Plaintiff USAble Life Insurance Company is discharged from any further liability under the policy at issue in this case.

4. Plaintiff USAble Life Insurance Company is **DISMISSED WITH PREJUDICE** from this matter.

**IT IS SO ORDERED**:

ENTER:

      s/ Leon Jordan
United States District Judge

2

Case 3:09-cv-00303-RLJ-HBG   Document 27   Filed 12/30/09   Page 2 of 2   PageID #: 103